JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| STEVEN VICENTE SIMMONS, | Case No. CV 19-05602-JLS (DFM) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| RAYMOND MADDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied, and this action dismissed with prejudice.

Date: July 1, 2020

JOSEPHINE L. STATON
United States District Judge